# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ISSAC ABDI HASHI, | CASE NO. 07cv1789 WQH (JMA) |
|---|---|
| Petitioner, | ORDER TO SHOW CAUSE AND ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| vs. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | |
| Respondent. | |

HAYES, Judge:

Pending before the Court are Petitioner Issac Abdi Hashi's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. #1) and motion to proceed in forma pauperis (Doc. #2). Petitioner alleges that his continued and indefinite detention pursuant to 8 U.S.C. § 1231 is unlawful because Petitioner has been detained beyond the presumptively reasonable period of six months and there is no significant likelihood of his removal in the reasonably foreseeable future. *See Zadvydas v. Davis*, 533 U.S. 678 (2001).

## ORDER TO SHOW CAUSE

Having reviewed Petitioner's claims, the Court finds that summary dismissal of the petition is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false."). Accordingly, Respondents are **ORDERED TO SHOW CAUSE** why the petition should not be granted by:

1  (1) filing a written return no later than **Friday, October 12, 2007.**

2  (2) filing copies of all documents, orders and transcripts relevant to the petition; and

3  (3) filing a memorandum of law and fact fully stating Respondents' position and making

4  a recommendation regarding the need for an evidentiary hearing on the petition.

5  If Petitioner wishes to reply to the return, he may do so by way of a traverse filed no later

6  than **Friday, November 9, 2007.**

### MOTION TO PROCEED IN FORMA PAUPERIS

All parties instituting a habeas proceeding in a district court of the United States must pay a filing fee of $5.00. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

In his accompanying affidavit, Petitioner states that he is presently incarcerated, not employed, has no assets, and has less than one dollar in his prison trust account. After considering Petitioner's motion and the accompanying affidavit, the Court determines that Petitioner cannot afford to pay the filing fee in this case and is eligible to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). The Court therefore **GRANTS** Plaintiff's motion to proceed (Doc. # 2) in forma pauperis.

### CONCLUSION

(1) Respondents are ORDERED TO SHOW CAUSE why Petitioner's petition should not be granted, and shall respond to this Order as outlined above.

(2) Petitioner's motion to proceed in forma pauperis (Doc #2) is GRANTED.

**IT IS SO ORDERED.**

DATED: September 13, 2007

**WILLIAM Q. HAYES**
United States District Judge